United States District Court
for the District of New Jersey

|  |  |  |
|---|---|---|
| **TRACEY MARIE MORALES** | : | |
| | : | Civil No. 08-6044 |
| Plaintiff | : | |
| | : | |
| | : | Order of Reassignment |
| **BAYONNE MEDICAL CENTER, ET AL** | : | |
| | : | |
| Defendant | : | |
| | : | |

It is on this 13th day of January 2009,

O R D E R E D that the entitled action is reassigned

from Judge Joseph A. Greenaway to Judge Katharine S. Hayden.


    S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court